IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>WOODY'S TRUCKING LLC., and DONALD E. WOOD, JR.,<br><br>     Defendants. | CV 18-13-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO STAY PROCEEDINGS** |

Currently before the Court is the parties' Joint Motion to Stay Proceedings ("Motion"). (Doc. 26.) The parties' request a stay in this matter pending resolution of a related criminal action, CR 17-138-BLG-SPW, on the grounds that some or all of the claims in this action may be resolved by the outcome of the criminal matter. Good cause appearing, the Motion is hereby GRANTED. All proceedings in this matter are stayed.

The parties are directed to file a status report within twenty-one (21) days of the entry of judgment in CR 17-138-BLG-SPW, outlining the claims remaining to

/ / /

/ / /

/ / /

be resolved in this action.

**IT IS ORDERED**.

DATED this 9th day of October, 2018.

                                                       _____
                                                       TIMOTHY J. CAVAN
                                                       United States Magistrate Judge