IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY, | CV 18-13-BLG-TJC |
| Plaintiff/Counter-defendant, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| WOODY'S TRUCKING LLC., and DONALD E. WOOD, JR., | |
| Defendants/Counter-claimants. | |

Pursuant to the parties' Stipulation for Dismissal Without Prejudice (Doc. 28), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 5th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge